J. BRUCE ALVERSON, ESQ.
Nevada Bar No. 1339
KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
**ALVERSON TAYLOR
MORTENSEN & SANDERS**
6605 Grand Montecito Pkwy, Ste. 200
Las Vegas, NV 89149
702-384-7000 Phone
702-385-7000 Fax
Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JIMMY PETERSON, individually, and as Guardian ad Litem for CHARLOTTE-MARIE-SMITH-PETERSON, a minor, | CASE NO: |
| Plaintiffs, | |
| v. | |
| TELICIA DA'SHANEE HALL, an individual; NEW PRIME, INC., a Foreign Corporation; and DOES I through X, inclusive | |
| Defendants. | |

**DEFENDANT NEW PRIME, INC.'S STATEMENT CONCERNING REMOVAL**

COMES NOW Defendant NEW PRIME, INC. and provides the following Statement Concerning Removal:

1.     The dates on which you were served with a copy of the Complaint in the removed action:  Defendant NEW PRIME, INC. received a copy of the Complaint via personal service on June 30, 2017.  Upon information and belief, Defendant TELICIA DA'SHANEE HALL has not yet been properly served with the Summons and Complaint.

1

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY STE 200
LAS VEGAS, NV 89149
(702) 384-7000

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY STE 200
LAS VEGAS, NV 89149
(702) 384-7000

1    2.    The dates on which you were served with a copy of the Summons:  Defendant

2    NEW PRIME, INC. was served with a copy of the Summons on June 30, 2017.

3    3.    In removals based on diversity jurisdiction, the names of any served defendants

4    who are citizens of Nevada, the citizenship of the other parties and a summary of defendant's

5    evidence of the amount in controversy:  The removal of this action is based on diversity

6    jurisdiction.  Upon information and belief, Plaintiffs JIMMY PETERSON and CHARLOTTE-

7    MARIE SMITH-PETERSON are and remain citizens of the State of Nevada.  Upon information

8    and belief, Defendant TELICIA DA'SHANEE HALL is and remains a citizen of the State of

9    Missouri.  Defendant NEW PRIME, INC. is a Nebraska corporation.

10    In addition, Defendant removed this action based on its belief that the amount in

11    controversy, exclusive of interest and costs, exceeds $75,000.00.  Plaintiffs have alleged that

12    they sustained personal injuries, including "disability, mental and physical pain and suffering,

13    disfigurement, loss of enjoyment of life, hedonic damages and loss of household services."

14    Plaintiffs further allege that they have incurred medical bills and expenses.  Plaintiff JIMMY

15    PETERSON further alleges that he has sustained and may in the future sustain "loss of income

16    and/or impairment of earning capacity, the exact amount to be determined at the time of trial."

17    See e.g., Plaintiff's Complaint at ¶¶ X, XI and XII.

18    4.    If your notice of removal was filed more than thirty (30) days after you first

19    received a copy of the summons and complaint, the reason removal has taken place at this time

20    and the date you first received a paper identifying the basis of removal:  Not applicable.  The

21    Notice of Removal was filed within thirty (30) days after Defendant first received a copy of the

22    Summons and Complaint.

23    . . .

24    . . .

2

5.    In actions removed on the basis of the Court's jurisdiction in which the action in state court was commenced more than one year before the date of removal, the reasons this action should not summarily be remanded to the state court.  Not applicable.  The Notice of Removal was not filed more than one year after the state court action was commenced.  Plaintiff's original Complaint was filed in the Eighth Judicial District Court for Clark County, Nevada, on June 27, 2017.

6.    The name of any defendant known to have been served before you filed the notice of removal who did not formally join in the notice of removal and the reasons they did not:  Not applicable.  Upon information and belief, Defendant NEW PRIME, INC. is the only Defendant who has been served with the Summons and Complaint.

Dated this 6th day of July, 2017.

ALVERSON, TAYLOR
MORTENSEN & SANDERS

_____
J. BRUCE ALVERSON, ESQ.
Nevada Bar No. 1339
KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
6605 Grand Montecito Pkwy, Ste. 200
Las Vegas, NV 89149
702-384-7000 Phone
702-385-7000 Fax
Attorneys for Defendants

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY STE 200
LAS VEGAS, NV  89149
(702) 384-7000

3

**ALVERSON, TAYLOR, MORTENSEN & SANDERS**
LAWYERS
6605 GRAND MONTECITO PKWY STE 200
LAS VEGAS, NV  89149
(702) 384-7000

## CERTIFICATE OF ELECTRONIC SERVICE

I certify that on the 6th day of July, 2017, service of the above and foregoing **DEFENDANT NEW PRIME, INC.'S STATEMENT CONCERNING REMOVAL** was made by electronically filing a true and correct copy of the same to each party addressed as follows:

Steven M. Burris, Esq.
sb@steveburrislaw.com
Samuel B. Benham, Esq.
samb@steveburrislaw.com
LAW OFFICES OF STEVEN M. BURRIS
2810 W. Charleston Blvd., Ste. F-58
Las Vegas, NV 89102
702-258-6238 Phone
702-258-8280 Fax
*Attorneys for Plaintiffs*

_____
Employee of ALVERSON, TAYLOR
MORTENSEN & SANDERS

n:\bruce.grp\z-client\24900\pleadings\stmt concerning removal.docx

4