STEVEN M. BURRIS, ESQ.
Nevada Bar No. 000603
sb@steveburrislaw.com
**LAW OFFICES OF STEVEN M. BURRIS**
2810 W. Charleston Boulevard, Suite F-58
Las Vegas, Nevada 89102
(702) 258-6238 - Telephone
(702) 258-8280 - Facsimile
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JIMMY PETERSON, individually, and as Guardian ad Litem for CHARLOTTE-MARIE SMITH-PETERSON, a minor,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>TELICIA DA'SHANEE HALL, an individual; NEW PRIME, INC., a Foreign Corporation; and DOES I through X, inclusive,<br><br>　　　　　　Defendants. | Case No.: 2:17-cv-01860-JCM-CWH<br><br>**PLAINTIFFS' CERTIFICATE AS TO INTERESTED PARTIES**<br>(Certificate Required by LR 7.1-1) |

　　　The undersigned, counsel of record for Plaintiffs, JIMMY PETERSON, individually, and as Guardian ad Litem for CHARLOTTE-MARIE SMITH-PETERSON, a minor, certifies that there are no known interested parties other than those participating in the case.

　　　These representations are made to enable judges of the Court to evaluate possible disqualification or recusal.

　　　DATED this ___18___ day of July, 2017.

　　　　　　　　　　　　　　　　　　LAW OFFICE OF STEVEN M. BURRIS

　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　Steven M. Burris, Esq.
　　　　　　　　　　　　　　　　　　Nevada State Bar No. 000603
　　　　　　　　　　　　　　　　　　sb@steveburrislaw.com
　　　　　　　　　　　　　　　　　　2810 W. Charleston Blvd., Suite F-58
　　　　　　　　　　　　　　　　　　Las Vegas, Nevada 89102
　　　　　　　　　　　　　　　　　　*Attorney for Plaintiffs*

Case 2:17-cv-01860-JCM-CWH   Document 9   Filed 07/19/17   Page 2 of 2

**CERTIFICATE OF SERVICE**

I hereby certify that service of the foregoing **PLAINTIFFS' CERTIFICATE AS TO INTERESTED PARTIES (Certificate Required by LR 7.1-1)** was filed electronically via the United States District Court for the District of Nevada via the Court's electronic filing system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system

DATED this 19 day of July, 2017.

_An Employee of Law Offices of Steven M. Burris_