J. BRUCE ALVERSON, ESQ.
Nevada Bar No. 1339
KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
**ALVERSON TAYLOR MORTENSEN & SANDERS**
6605 Grand Montecito Pkwy, Ste. 200
Las Vegas, NV 89149
702-384-7000 Phone
702-385-7000 Fax
Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JIMMY PETERSON, individually, and as Guardian ad Litem for CHARLOTTE-MARIE-SMITH-PETERSON, a minor,<br><br>Plaintiffs,<br><br>v.<br><br>TELICIA DA'SHANEE HALL, an individual; NEW PRIME, INC., a Foreign Corporation; and DOES I through X, inclusive<br><br>Defendants. | CASE NO:   2:17-cv-01860-JCM-CWH<br><br>**STIPULATION AND (PROPOSED) ORDER TO REMAND TO NEVADA STATE COURT** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, JIMMY DEAN PETERSON, individually, and as Guardian ad Litem for CHARLOTTE-MARIE SMITH-PETERSON, and Defendant NEW PRIME, INC., by and through their respective counsel of record that this matter be remanded to the Eighth Judicial District Court for Clark County, Nevada. This stipulation is based upon representations and assurances by Plaintiffs that their alleged damages and injuries do not meet the $75,000.00 jurisdictional minimum for removal to federal court.

. . .

KNW 24900

IT IS FURTHER STIPULATED AND AGREED that once remanded to the Eighth Judicial District Court for Clark County, Nevada, Plaintiffs will not seek to remove the case from the Nevada Mandatory Arbitration Program, which provides a limit on damages of $50,000.00.

By entering into this stipulation, Defendant New Prime, Inc. neither acknowledges nor concedes any liability with respect to any claims brought by Plaintiffs in their Complaint, whether original or as may be amended.

Dated this 3rd day of August, 2017.         Dated this 3rd day of August, 2017.

ALVERSON, TAYLOR                            LAW OFFICES OF STEVEN M. BURRIS
MORTENSEN & SANDERS

_____             _/s/ Steven M. Burris_____
J. BRUCE ALVERSON, ESQ.                     STEVEN M. BURRIS, ESQ.
Nevada Bar No. 1339                         Nevada Bar No. 000603
KARIE N. WILSON, ESQ.                       SAMUEL B. BENHAM, ESQ.
Nevada Bar No. 7957                         Nevada Bar No. 003677
6605 Grand Montecito Pkwy, Ste. 200         2810 W. Charleston Boulevard, Suite F-58
Las Vegas, NV 89149                         Las Vegas, Nevada 89102
702-384-7000 Phone                          Attorneys for Plaintiffs
702-385-7000 Fax
Attorneys for Defendants

*Peterson v. New Prime, Inc., et.al.*
Case No. 2:17-cv-01860-JCM-CWH

### **(PROPOSED) ORDER TO REMAND**

IT IS HEREBY ORDERED that this case be remanded to the Eighth Judicial District Court for the County of Clark, State of Nevada, Case No. A-17-756486-C.

DATED this _____ day of _____ 2017.

_____
U.S. DISTRICT COURT JUDGE

Respectfully submitted by:

ALVERSON, TAYLOR
MORTENSEN & SANDERS

_____
J. BRUCE ALVERSON, ESQ.
Nevada Bar No. 1339
KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
6605 Grand Montecito Pkwy, Ste. 200
Las Vegas, NV 89149
702-384-7000 Phone
702-385-7000 Fax
Attorneys for Defendants
n:\bruce.grp\z-client\24900\pleadings\sao remand.docx

KNW 24900